United States District Court
Southern District of Texas
ENTERED

JAN 13 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Jose Alfredo Macias Lozano § § § | |
| versus § | CIVIL ACTION B-98-178 |
| § § | |
| Immigration and Naturalization § § § | |

## Order of Dismissal

The Motion To Withdraw The Petition For Writ Of Habeas Corpus is granted. This case is dismissed with prejudice; costs of court will be paid by the party incurring them.

Signed on ___July 13___, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge